

1  CHARLES S. JACKSON, ESQ.
   Nevada Bar No. 13158
2  **RICHARD HARRIS LAW FIRM**
   801 South Fourth Street
3  Las Vegas, Nevada 89101
   Telephone: (702) 444-4444
4  Facsimile: (702) 444-4455
   Email: Charlie@richardharrislaw.com
5  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| DEBORAH COURSON, an individual, | CASE NO.: 2:23-cv-00516-RFB-DJA |
|---|---|
| Plaintiff, | **MOTION TO REMOVE ATTORNEY CHRISTIAN Z. SMITH, ESQ. FROM SERVICE LIST** |
| vs. | |
| SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB, DOE EMPLOYEE; DOES 1-20; ROE CORPORATIONS 1-20; inclusive, | |
| Defendants. | |

Plaintiff DEBORAH COURSON ("Plaintiff"), by and through her attorney of record CHARLES S. JACKSON, ESQ., of the RICHARD HARRIS LAW FIRM, hereby requests that CHRISTIAN Z. SMITH, ESQ. be removed from the list of counsel to be noticed.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .



CHRISTIAN Z. SMITH, ESQ. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 20th day of April, 2023.

        **RICHARD HARRIS LAW FIRM**

        */s/ Charles S. Jackson*
By_____
CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
801 S. Fourth St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS THEREFORE ORDERED** that Plaintiff's motion to remove attorney Christian Z. Smith, Esq. from the list of counsel to be noticed (ECF No. 9) is **GRANTED.** The Clerk of Court is kindly directed to **REMOVE** Christian Z. Smith, Esq. from the electronic service list for this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2023

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM, and that on this 20th day of April, 2023, I served a copy of the foregoing **MOTION TO REMOVE ATTORNEY CHRISTIAN Z. SMITH, ESQ. FROM SERVICE LIST** follows:

☐ **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid and addressed as listed below.

☐ **Hand Delivery:** I caused said document(s) to be delivered to the address(es) list below;

☐ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above.

☒ **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey).

Griffith Hayes, Esq.
Jennifer Tang, Esq.
TYSON & MENDES
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
*Attorneys for Defendant*
*Sam's West, Inc.*

_____/s/ Mary Eagar_____
An employee of the Richard Harris Law Firm