**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email: npsyk@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
*Attorneys for Defendant*
*Sam's West, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH COURSON, an individual,<br><br>          Plaintiff,<br>vs.<br><br>SAM'S WEST, INC., a Foreign Corporation d/b/a SAM'S CLUB; DOE EMPLOYEE; DOES 1-20; ROE CORPORATIONS 1-20; inclusive.<br><br>          Defendants. | Case No. 2:23-cv-00516-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DEBORAH COURSON, by and through her counsel, CHARLES S. JACKSON, ESQ., of RICHARD HARRIS LAW FIRM and Defendant SAM'S WEST, INC., by and through its counsel, GRIFFITH H. HAYES, ESQ. and NICHOLAS F. PSYK, ESQ. of TYSON & MENDES LLP, that all claims in the present action be dismissed, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

1

The parties further stipulate that each party will bear its/their own attorney fees and costs.

Dated this 24th day of May, 2024.                    Dated this 24th day of May 2024.

TYSON & MENDES LLP                                   RICHARD HARRIS LAW FIRM

/s/ Griffith H. Hayes                                 /s/ Charles S. Jackson
_____                            _____
Griffith H. Hayes                                    CHARLES S. JACKSON, ESQ.
Nevada Bar No. 7374                                  Nevada Bar No. 13158
Nicholas F. Psyk                                     801 South Fourth Street
Nevada Bar No. 15983                                 Las Vegas, NV 89101
2835 St. Rose Pkwy., Suite 140                       *Attorney for Plaintiff,*
Henderson, NV 89052                                  *Deborah Courson*
*Attorneys for Defendant*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case in its entirety, is dismissed WITH PREJUDICE each party to bear its own attorney's fees and costs herein.

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted by:

TYSON & MENDES LLP

 /s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant, Sam's West, Inc*

2

| | |
|---|---|
| **From:** | Mary Eagar |
| **To:** | Heidi Brown; Griffith Hayes |
| **Cc:** | Stefania Rota Scalabrini; Nick Psyk; Charlie Jackson |
| **Subject:** | RE: 23-1253/Courson vs. Sam"s Club- settlement release |
| **Date:** | Tuesday, December 5, 2023 2:56:56 PM |
| **Attachments:** | image001.png |
| | image002.jpg |

I will have our runner come tomorrow.  You can e-sign the Stipulation and Order for Dismissal for Charlie once the settlement check is picked up.

Thank you!

**Mary Eagar**
Paralegal